

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00256-CV

Yessenia **LAMBERT,** et al.,
Appellant

v.

**APC LIVE OAK LTD.**, et al.,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023CV07294
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice

Delivered and Filed: July 31, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by June 17, 2024. Neither the brief nor a motion for extension of time was filed. On June 25, 2024, we issued an order requiring appellant to file, no later than July 15, 2024, her brief and a written response reasonably explaining: (1) her failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Our order cautioned appellant that if she failed to file her brief and a written response by July 15, 2024, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P.

38.8(a); *see also id.* 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

Additionally, on May 28, 2024, appellant filed a motion requesting an extension to file her docketing statement, which we granted, ordering appellant to file the docketing statement no later than June 10, 2024. On June 10, 2024, appellant filed a second request for extension of time to file the docketing statement, which we denied and ordered appellant to file, no later than July 15, 2024, her docketing statement. Our order cautioned appellant that if she failed to timely file her docketing statement by July 15, 2024, we would dismiss this appeal for want of prosecution. *See id.* 38.8(a); *see also id.* 42.3(c).

Appellant did not file (1) her brief, (2) a written response to our June 25, 2024 order, or (3) her docketing statement. Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM